# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | No. 09-647 |
| JORGE RENTAS | : | |

## ORDER

**AND NOW**, this 4th day of September, 2013, upon consideration of the pro se Motion for Reduction of Sentence Under Title 18 U.S.C. § 3582(c)(2) by Jorge Rentas (Doc. No. 40), and the Government's Response to the Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) , it is hereby **ORDERED** that the Motion is **DENIED**.

**IT IS FURTHER ORDERED** that Rentas' request for appointment of counsel and his Motion for Enlargement of Time to File a Response to the Government's Objection to § 3582(c)(2) Relief (Doc. No. 43) are **DENIED** on the basis of futility since 18 U.S.C. § 3582(c)(2) is inapplicable.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE